**Video Court Reporting Services, Inc.**

P.O. Box 70437
Louisville, KY 40270-0437
Phone: 502.561.9988
Tax ID: REDACTED 0781
www.videocourtreportingky.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/9/2016 | 9281 |

**Bill To**

Tachau Meek PLC
Melissa M. Whitehead, Esq.
3600 National City Tower
101 South Fifth Street
Louisville, KY 40202

| Item | Description | Qty | Rate | Witness | Amount |
|---|---|---|---|---|---|
| | Kris Comstock 8/30/16 No. 3:15-CV-00076-GFVT Sazerac Brands, LLC, et al. vs. Peristyle, LLC, et al. | | | | |
| First Video Hour | | 1 | 165.00 | | 165.00 |
| Additional Video | Billed in 15 min. | 20 | 25.00 | | 500.00 |
| DVT Video Synchro... | (Savings of $770.00) | | 0.00 | | 0.00 |
| Handling & Delivery | (Savings of 15.00) | | 0.00 | | 0.00 |

| | |
|---|---|
| **Total** | $665.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $665.00 |

Payment due upon receipt.

Accepting the following Major Credit Cards and Debit Cards:
Master Card and Visa

Admin. Only:

Video Court Reporting Services, Inc.

P.O. Box 70437
Louisville, KY 40270-0437
Phone: 502.561.9988
Tax ID: REDACTED 0781
www.videocourtreportingky.com

# Invoice

| | Date | Invoice # |
|---|---|---|
| | 9/9/2016 | 9283 |

**Bill To**

Tachau Meek PLC
Melissa M. Whitehead, Esq.
3600 National City Tower
101 South Fifth Street
Louisville, KY 40202

| Item | Description | Qty | Rate | Witness | Amount |
|---|---|---|---|---|---|
| | Steve Wyant 8/31/16 No. 3:15-CV-00076-GFVT Sazerac Brands, LLC, et al. vs. Peristyle, LLC, et al. | | | | |
| First Video Hour | | 1 | 165.00 | | 165.00 |
| Additional Video | Billed in 15 min. | 16 | 25.00 | | 400.00 |
| DVT Video Synchro... | (Savings of $550.00) | | 0.00 | | 0.00 |
| Handling & Delivery | (Savings of 15.00) | | 0.00 | | 0.00 |

| | |
|---|---|
| **Total** | $565.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $565.00 |

Payment due upon receipt.

Accepting the following Major Credit Cards and Debit Cards:
Master Card and Visa

Admin. Only:

# INVOICE

Chuppe Soergel Abell & Arnold, LLC
2950 Breckenridge Lane Ste. 11A
Louisville, KY  40220
Phone:502-459-4000   Fax:502-459-4003

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142504 | 9/13/2016 | 70996 |
| Job Date | Case No. | |
| 8/16/2016 | 3:15-CV-00076-GFVT | |

**Case Name**

Sazerac Brands, LLC v. Peristyle, LLC

**Payment Terms**

Due upon receipt

Brian F. Haara
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY  40202-3115

1 COPY OF TRANSCRIPT OF:
   Marianne Barnes

                                                                   611.80

                                    TOTAL DUE  >>>         $611.80
                                    (-) Payments/Credits:   611.80
                                    (+) Finance Charges/Debits: 0.00
                                    (=) New Balance:          0.00

Tax ID: REDACTED 3917                        Phone: 238-9900   Fax:238-9910

*Please detach bottom portion and return with payment.*

Brian F. Haara
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY  40202-3115

Job No.      : 70996            BU ID    : 1-MAIN
Case No.     : 3:15-CV-00076-GFVT
Case Name    : Sazerac Brands, LLC v. Peristyle, LLC

Invoice No.  : 142504           Invoice Date : 9/13/2016
Total Due    : $ 0.00

Remit To:  **Chuppe Soergel Abell & Arnold, LLC**
           **2950 Breckenridge Lane Ste. 11A**
           **Louisville, KY  40220**

**PAYMENT WITH CREDIT CARD**    AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Chuppe Soergel Abell & Arnold, LLC
2950 Breckenridge Lane Ste. 11A
Louisville, KY 40220
Phone:502-459-4000  Fax:502-459-4003

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142505 | 9/13/2016 | 70998 |
| Job Date | Case No. | |
| 8/17/2016 | 3:15-CV-00076-GFVT | |
| Case Name | | |
| Sazerac Brands, LLC v. Peristyle, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

Brian F. Haara
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY 40202-3115

1 COPY OF TRANSCRIPT OF:
  Caroline Blackwood                                             357.20
1 COPY OF TRANSCRIPT OF:
  Will Arvin; Vol. 1                                             370.50

TOTAL DUE >>>         $727.70
(-) Payments/Credits:  727.70
(+) Finance Charges/Debits: 0.00
(=) New Balance:        0.00

Tax ID: REDACTED 3917

Phone: 238-9900  Fax:238-9910

*Please detach bottom portion and return with payment.*

Brian F. Haara
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY 40202-3115

Job No.    : 70998           BU ID    :1-MAIN
Case No.   : 3:15-CV-00076-GFVT
Case Name  : Sazerac Brands, LLC v. Peristyle, LLC

Invoice No. : 142505         Invoice Date :9/13/2016
**Total Due : $ 0.00**

Remit To: **Chuppe Soergel Abell & Arnold, LLC
2950 Breckenridge Lane Ste. 11A
Louisville, KY 40220**

**PAYMENT WITH CREDIT CARD**  AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Chuppe Soergel Abell & Arnold, LLC
2950 Breckenridge Lane Ste. 11A
Louisville, KY 40220
Phone:502-459-4000  Fax:502-459-4003

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142506 | 9/13/2016 | 71000 |
| Job Date | Case No. | |
| 8/18/2016 | 3:15-CV-00076-GFVT | |

**Case Name**

Sazerac Brands, LLC v. Peristyle, LLC

**Payment Terms**

Due upon receipt

Brian F. Haara
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY 40202-3115

1 COPY OF TRANSCRIPT OF:
  Will Arvin; Vol. 2 — 98.80
1 COPY OF TRANSCRIPT OF:
  Wesley Murry; Vol. 1 — 98.80
1 COPY OF TRANSCRIPT OF:
  Wesley Murry; Vol. 2 — 482.60

TOTAL DUE >>>  $680.20
(-) Payments/Credits:  680.20
(+) Finance Charges/Debits:  0.00
(=) New Balance:  0.00

Tax ID: REDACTED 3917

Phone: 238-9900   Fax:238-9910

*Please detach bottom portion and return with payment.*

Brian F. Haara
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY 40202-3115

Job No.     : 71000         BU ID    :1-MAIN
Case No.    : 3:15-CV-00076-GFVT
Case Name   : Sazerac Brands, LLC v. Peristyle, LLC

Invoice No. : 142506        Invoice Date  :9/13/2016
Total Due   : $ 0.00

Remit To: Chuppe Soergel Abell & Arnold, LLC
          2950 Breckenridge Lane Ste. 11A
          Louisville, KY 40220

**PAYMENT WITH CREDIT CARD**   AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

**Veritext Mid-Atlantic**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: REDACTED 2569



| Bill To: | Melissa Whitehead, Esq |
|---|---|
| | Tachau Meek |
| | 3600 National City Tower |
| | 101 S 5th Street |
| | Louisville, KY, 40202 |

| Invoice #: | PA2743811 |
|---|---|
| Invoice Date: | 9/14/2016 |
| Balance Due: | $1,075.40 |

| Case: | Sazerac v. Peristyle |
|---|---|
| Job #: | 2379657 | Job Date: 9/6/2016 | Delivery: Daily |
| Billing Atty: | Melissa Whitehead, Esq |
| Location: | Blank Rome |
| | 130 N 18th Street - One Logan Square | 11th floor | Philadelphia, PA 19103 |
| Sched Atty: | Michael Mortorano, Esq | Cooley LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $745.20 |
| Matthew Ranauro | Exhibit Management | $304.20 |
| | Delivery and Handling | $26.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,075.40 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,075.40 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | PA2743811 |
|---|---|
| Job #: | 2379657 |
| Invoice Date: | 9/14/2016 |
| Balance: | $1,075.40 |

17649



**Video Court Reporting Services, Inc.**

P.O. Box 70437
Louisville, KY 40270-0437
Phone: 502.561.9988
Tax ID: REDACTED 0781
www.videocourtreportingky.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/14/2016 | 9302 |

**Bill To**

Tachau Meek PLC
Melissa M. Whitehead, Esq.
3600 National City Tower
101 South Fifth Street
Louisville, KY 40202

| Item | Description | Qty | Rate | Witness | Amount |
|---|---|---|---|---|---|
| | Steve Wyant 8/31/16 No. 3:15-CV-00076-GFVT Sazerac Brands, LLC, et al. vs. Peristyle, LLC, et al. | | | | |
| Transcript Pdf Only | | 213 | 4.60 | | 979.80 |
| Scanned Exhibits | | 244 | 0.25 | | 61.00 |
| Appearance Fee | (Savings of $125.00) | | 0.00 | | 0.00 |
| Electronic Pdf | (Savings of $35.00) | 1 | 0.00 | | 0.00 |
| Handling & Delivery... | Original to Ms. Whitehead | 1 | 15.00 | | 15.00 |

| | |
|---|---|
| **Total** | $1,055.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,055.80 |

Payment due upon receipt.

Accepting the following Major Credit Cards and Debit Cards:
Master Card and Visa

Admin. Only:  23/AB/CMR

Video Court Reporting Services, Inc.

P.O. Box 70437
Louisville, KY 40270-0437
Phone: 502.561.9988
Tax ID: REDACTED 0781
www.videocourtreportingky.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/14/2016 | 9296 |

Bill To

Tachau Meek PLC
Melissa M. Whitehead, Esq.
3600 National City Tower
101 South Fifth Street
Louisville, KY 40202

| Item | Description | Qty | Rate | Witness | Amount |
|---|---|---|---|---|---|
| | Kris Comstock 8/30/16 No. 3:15-CV-00076-GFVT Sazerac Brands, LLC, et al. vs. Peristyle, LLC, et al. | | | | |
| Transcript Pdf Only | | 308 | 4.60 | | 1,416.80 |
| Scanned Exhibits | | 580 | 0.25 | | 145.00 |
| Appearance Fee | (Savings of $125.00) | | 0.00 | | 0.00 |
| Electronic Pdf | (Savings of $35.00) | | 0.00 | | 0.00 |
| Handling & Delivery... | Original to Ms. Whitehead | 1 | 15.00 | | 15.00 |

| | |
|---|---|
| Total | $1,576.80 |
| Payments/Credits | $0.00 |
| Balance Due | $1,576.80 |

Payment due upon receipt.

Accepting the following Major Credit Cards and Debit Cards:
Master Card and Visa

Admin. Only:   35/PL/AB/TRR

# INVOICE

Chuppe Soergel Abell & Arnold, LLC
2950 Breckenridge Lane Ste. 11A
Louisville, KY 40220
Phone:502-459-4000  Fax:502-459-4003

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142758 | 10/31/2016 | 71347 |
| Job Date | Case No. | |
| 10/12/2016 | 3:15-CV-00076-GFVT | |
| Case Name | | |
| Sazerac Brands, LLC v. Peristyle, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

Melissa M. Whitehead
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY  40202-3115

1 COPY OF TRANSCRIPT OF:
   Marianne Barnes                                           277.40
1 COPY OF TRANSCRIPT OF:
   Caroline Blackwood                                        148.20

| | |
|---|---|
| TOTAL DUE >>> | $425.60 |
| (-) Payments/Credits: | 425.60 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

Tax ID: REDACTED 3917                                Phone: 238-9900   Fax:238-9910

*Please detach bottom portion and return with payment.*

Melissa M. Whitehead
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY  40202-3115

Job No.      : 71347           BU ID      : 1-MAIN
Case No.     : 3:15-CV-00076-GFVT
Case Name    : Sazerac Brands, LLC v. Peristyle, LLC

Invoice No.  : 142758          Invoice Date : 10/31/2016
**Total Due** : $ 0.00

Remit To: **Chuppe Soergel Abell & Arnold, LLC
          2950 Breckenridge Lane Ste. 11A
          Louisville, KY  40220**

**PAYMENT WITH CREDIT CARD**   AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Chuppe Soergel Abell & Arnold, LLC
2950 Breckenridge Lane Ste. 11A
Louisville, KY 40220
Phone:502-459-4000  Fax:502-459-4003

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142757 | 10/31/2016 | 71345 |
| Job Date | Case No. | |
| 10/11/2016 | 3:15-CV-00076-GFVT | |
| Case Name | | |
| Sazerac Brands, LLC v. Peristyle, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

Melissa M. Whitehead
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY 40202-3115

1 COPY OF TRANSCRIPT OF:
  Wesley Murry                                        381.90
1 COPY OF TRANSCRIPT OF:
  Will Arvin                                          304.00

| | |
|---|---|
| TOTAL DUE >>> | $685.90 |
| (-) Payments/Credits: | 685.90 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

Tax ID: REDACTED 3917

Phone: 238-9900   Fax:238-9910

*Please detach bottom portion and return with payment.*

Melissa M. Whitehead
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY 40202-3115

Job No.      : 71345          BU ID     : 1-MAIN
Case No.     : 3:15-CV-00076-GFVT
Case Name    : Sazerac Brands, LLC v. Peristyle, LLC

Invoice No.  : 142757         Invoice Date : 10/31/2016
Total Due    : $ 0.00

**PAYMENT WITH CREDIT CARD**   AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Chuppe Soergel Abell & Arnold, LLC**
           **2950 Breckenridge Lane Ste. 11A**
           **Louisville, KY  40220**

**Jessica Myers**
P.O. Box 5505
Louisville, KY 40255-0505
(502) 648-6390
Tax ID: REDACTED -9923

---

January 27, 2017

Ms. Melissa Whitehead
Tachau Meek PLC
3600 PNC Tower
101 South Fifth Street
Louisville, KY 40202

| | Invoice Number |
|---|---|
| | 2888 |

**Description of services**  Re: Sazerac Brands, et al. v. Peristyle, LLC, et alCase No. 3:15-cv-00076-GFVTDeposition of Michael Veach, 1/19/2017

| Reference | | | | Extension |
|---|---|---|---|---|
| Copy | 3:15-cv-00076--Veach- | 96.00 | 2.00 | 192.00 |

| | Invoice total: | 192.00 |
|---|---|---|

PLEASE MAKE CHECK PAYABLE TO:
JESSICA MYERS

Payable upon receipt.  Thank you for your continued business.

Chuppe Soergel Abell & Arnold, LLC
2950 Breckenridge Lane Ste. 11A
Louisville, KY 40220
Phone:502-459-4000  Fax:502-459-4003

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 143310 | 1/30/2017 | 71802 |
| Job Date | Case No. | |
| 1/17/2017 | 3:15-CV-00076-GFVT | |

| Case Name |
|---|
| Sazerac Brands, LLC v. Peristyle, LLC |

| Payment Terms |
|---|
| Due upon receipt |

Melissa M. Whitehead
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY  40202-3115

1 COPY OF TRANSCRIPT OF:
  Scott Clark

                                            432.50

TOTAL DUE >>>   $432.50

Tax ID: REDACTED 3917                                                         Phone: 238-9900   Fax:238-9910

*Please detach bottom portion and return with payment.*

Job No.    : 71802          BU ID     : 1-MAIN
Case No.   : 3:15-CV-00076-GFVT
Case Name  : Sazerac Brands, LLC v. Peristyle, LLC

Invoice No. : 143310        Invoice Date : 1/30/2017
Total Due  : $ 432.50

Melissa M. Whitehead
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY  40202-3115

Remit To: Chuppe Soergel Abell & Arnold, LLC
         2950 Breckenridge Lane Ste. 11A
         Louisville, KY  40220

**PAYMENT WITH CREDIT CARD**      AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

Chuppe Soergel Abell & Arnold, LLC  
2950 Breckenridge Lane Ste. 11A  
Louisville, KY 40220  
Phone:502-459-4000   Fax:502-459-4003

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 143311 | 1/30/2017 | 71803 |
| Job Date | Case No. | |
| 1/18/2017 | 3:15-CV-00076-GFVT | |
| Case Name | | |
| Sazerac Brands, LLC v. Peristyle, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

Melissa M. Whitehead  
Tachau Meek, PLC  
2400 National City Tower  
101 South Fifth Street  
Louisville, KY 40202-3115

1 COPY OF TRANSCRIPT OF:  
   Wayne Stratton                                                                 390.70

                                          TOTAL DUE >>>         $390.70

Tax ID: REDACTED 3917                              Phone: 238-9900   Fax:238-9910

*Please detach bottom portion and return with payment.*

Melissa M. Whitehead  
Tachau Meek, PLC  
2400 National City Tower  
101 South Fifth Street  
Louisville, KY 40202-3115

Job No.      : 71803         BU ID     : 1-MAIN  
Case No.     : 3:15-CV-00076-GFVT  
Case Name    : Sazerac Brands, LLC v. Peristyle, LLC

Invoice No.  : 143311        Invoice Date : 1/30/2017  
Total Due    : $ 390.70

Remit To: Chuppe Soergel Abell & Arnold, LLC  
         2950 Breckenridge Lane Ste. 11A  
         Louisville, KY 40220

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:  
Card Number:  
Exp. Date:              Phone#:  
Billing Address:  
Zip:              Card Security Code:  
Amount to Charge:  
Cardholder's Signature:

# INVOICE

Chuppe Soergel Abell & Arnold, LLC
2950 Breckenridge Lane Ste. 11A
Louisville, KY 40220
Phone:502-459-4000  Fax:502-459-4003

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 143312 | 1/30/2017 | 71805 |
| Job Date | Case No. ||
| 1/20/2017 | 3:15-CV-00076-GFVT ||

**Case Name**

Sazerac Brands, LLC v. Peristyle, LLC

**Payment Terms**

Due upon receipt

Melissa M. Whitehead
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY 40202-3115

1 COPY OF TRANSCRIPT OF:
   Aron Levin

                                                                    305.20

                                              TOTAL DUE  >>>        $305.20

Tax ID: REDACTED 3917                              Phone: 238-9900  Fax:238-9910

*Please detach bottom portion and return with payment.*

Melissa M. Whitehead
Tachau Meek, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY 40202-3115

Job No.     : 71805         BU ID     : 1-MAIN
Case No.    : 3:15-CV-00076-GFVT
Case Name   : Sazerac Brands, LLC v. Peristyle, LLC

Invoice No. : 143312        Invoice Date : 1/30/2017
**Total Due : $ 305.20**

Remit To: **Chuppe Soergel Abell & Arnold, LLC
2950 Breckenridge Lane Ste. 11A
Louisville, KY 40220**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

4322 Robards Lane

Louisville, KY 40218

(502) 409-5911

accounting@onesourcediscovery.com

www.onesourcediscovery.com

# INVOICE

**BILL TO**

Brian Haara

Tachau Meek

**MATTER**

Sazerac v. Peristyle

**INVOICE #** 1755

**DATE** 09/01/2016

**DUE DATE** 10/01/2016

**TERMS** Net 30

**JOB #**

OSD18919

| DATE | DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|---|
| | REDACTED | | | |
| 08/09/2016 | SORT Production to Tiff/PDF per GB | 1 | 450.00 | 450.00 |
| | REDACTED | | | |
| 08/31/2016 | Targeted Collection of loose files or enterprise email (per GB, <100GB) | 30 | 25.00 | 750.00 |
| | REDACTED | | | |

Sazerac Brands, LLC & Sazerac Company, Inc. v. Peristyle, LLC & Peristyle Holdings, LLC

| | |
|---|---:|
| SUBTOTAL | 4,395.00 |
| DISCOUNT | -60.00 |
| TOTAL | 4,335.00 |
| BALANCE DUE | **$4,335.00** |

4322 Robards Lane

Louisville, KY 40218

(502) 409-5911

accounting@onesourcediscovery.com

www.onesourcediscovery.com

# INVOICE

**BILL TO**  
Brian Haara  
Tachau Meek

**INVOICE #** 1791  
**DATE** 10/01/2016  
**DUE DATE** 10/31/2016  
**TERMS** Net 30

**MATTER**  
Sazerac v. Peristyle

**JOB #**  
OSD18919

| DATE | DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|---|
| | **REDACTED** | | | |
| 09/02/2016 | Targeted Collection of loose files or enterprise email (per GB, <100GB) | 2 | 25.00 | 50.00 |
| | **REDACTED** | | | |
| 09/06/2016 | Targeted Collection of loose files or enterprise email (per GB, <100GB) | 5 | 25.00 | 125.00 |
| | **REDACTED** | | | |

| DATE | DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|---|
| | **REDACTED** | | | |
| 09/09/2016 | Targeted Collection of loose files or enterprise email (per GB, <100GB) | 51 | 25.00 | 1,275.00 |
| 09/09/2016 | Targeted Collection of loose files or enterprise | 1 | 25.00 | 25.00 |
| | **REDACTED** | | | |
| 09/14/2016 | Targeted Collection of loose files or enterprise email (per GB, <100GB) | 1 | 25.00 | 25.00 |
| | **REDACTED** | | | |

| DATE | DESCRIPTION | QTY | RATE | TOTAL |
|------|-------------|-----|------|-------|
| | **REDACTED** | | | |
| 09/30/2016 | SORT Native Production with Load File (1 GB minimum) | 1 | 450.00 | 450.00 |
| | **REDACTED** | | | |

Sazerac Brands, LLC & Sazerac Company, Inc. v. Peristyle, LLC & Peristyle Holdings, LLC

**BALANCE DUE** $11,421.84



4322 Robards Lane

Louisville, KY  40218

(502) 409-5911

accounting@onesourcediscovery.com

www.onesourcediscovery.com

## INVOICE

**BILL TO**  
Brian Haara  
Tachau Meek

**INVOICE #** 1857  
**DATE** 12/01/2016  
**DUE DATE** 12/31/2016  
**TERMS** Net 30

**MATTER**  
Sazerac v. Peristyle

**JOB #**  
OSD18919

| DATE | DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|---|
| | REDACTED | | | |
| 11/09/2016 | Native to TIFF/PDF per GB - under 20GB | 1 | 175.00 | 175.00 |
| | REDACTED | | | |

Sazerac v. Peristyle | BALANCE DUE | $425.00